Return Date:_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

Case No.

               Debtor(s)           Chapter
-------------------------------------------------------------x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that a hearing will be held before the Hon. **Judge Mazer-Marino**
United States Bankruptcy Judge, to consider the motion for an Order granting relief as follows:

_____ _

_____

_____

**Date of hearing\*:** _____

**Time:**

**Location:**   Courtroom 3529, U.S. Bankruptcy Court, E.D.N.Y
271-C Cadman Plaza East, Brooklyn, NY 11202-1800

**\*Parties may appear in-person, by phone, or video-conference.
Call-in information will be emailed after you register (see below).**

All parties must register the appearance 2 days prior to the hearing with
eCourt Appearances at *https://www.nyeb.uscourts.gov/node/2126*

Dated: _____     _____
                               Signature
                               Print name:_____
                               Address:_____
                               _____
                               Phone:_____
                               Email:_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

                                                Case No.

                           Debtor(s)            Chapter
------------------------------------------------------------x

## APPLICATION IN SUPPORT OF MOTION

**TO THE HON. <u>Judge Mazer-Marino</u>, Bankruptcy Judge**

In support of this motion for the relief stated in the Notice of Motion, I hereby allege as follows:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Wherefore, Applicant prays for an Order granting the relief requested.

Dated: _____              _____
                                    Signature

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

                                      Case No.

                 Debtor(s)           Chapter
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that on _____, a copy of the annexed Motion was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon *[below specify the name and mailing address of each party served]*:

      *U.S. Trustee and Trustee served by ECF.*

Dated: _____        _____
                                              Signature