UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP<br>53 Gibson Street<br>Bay Shore, NY 11706<br>(631) 969-3100<br>File No.: 01-055125-B01<br>Michelle C. Marans, Esq.<br>Attorney for Carrington Mortgage Services LLC as servicer for The Bank of New York Mellon, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-9, Secured Creditor | Case No.: 24-44018-jmm<br><br>Chapter 13<br><br>Judge Jil Mazer-Marino |

In Re:

  Javed Mansoor Raja,

                Debtor.

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Carrington Mortgage Services LLC as servicer for The Bank of New York Mellon, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-9, a Secured Creditor, regarding a lien on the real property located at 2076 Ralph Ave., Brooklyn, NY 11234.  Request is made that all notices entered pursuant to Fed. R. Bankr. P. 2002 and all documents and pleadings of any nature filed in this case be served on the undersigned at the following address:

    Frenkel Lambert Weiss Weisman & Gordon, LLP
    53 Gibson Street
    Bay Shore, NY 11706

                                          **FRENKEL LAMBERT WEISS**
                                          **WEISMAN & GORDON, LLP**
                                          Attorneys for Secured Creditor

Dated: October 7, 2024                                     /s/ Michelle C. Marans
                                                              Michelle C. Marans, Esq.
                                                               Attorney for Secured Creditor

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re:<br><br>  Javed Mansoor Raja,<br>                    Debtor. | Case No.: 24-44018-jmm<br><br>Chapter 13<br><br>Judge Jil Mazer-Marino |

## CERTIFICATE OF SERVICE

I, Michelle C. Marans, do certify that on October 7, 2024, I electronically filed the within Notice of Appearance in the above titled case with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing to the following:

Michael J. Macco
ecf@maccolaw.com

Dated: October 7, 2024                S/ Michelle C. Marans
                                      Michelle C. Marans, Esq.
                                      Frenkel Lambert Weiss Weisman & Gordon, LLP
                                      53 Gibson Street
                                      Bay Shore, New York 11706
                                      (631)-969-3100

## CERTIFICATE OF SERVICE

I, Rebecca Harroun, further certify that on October 7, 2024, I mailed the within Notice of Appearance to the parties below via first class mail:

Javed Mansoor Raja
2076 Ralph Ave.
Brooklyn, NY 11234

Dated: October 7, 2024                S/ Rebecca Harroun
                                      Rebecca Harroun, Paralegal
                                      Frenkel Lambert Weiss Weisman & Gordon, LLP
                                      53 Gibson Street
                                      Bay Shore, New York 11706
                                      (631)-969-3100